# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF | : No. 2254 Disciplinary Docket No. 3 |
| | : |
| THOMAS HENRY SPERANZA | : Attorney Registration No. 60211 |
| | : |
| | : Board File No. C1-15-799 |
| | : |
| | : (Philadelphia) |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of March, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Thomas Henry Speranza is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.